# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Rutherford Trucking Company, Inc., | ) | No. 15-21321 |
| | ) | (DuPage County Case) |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | United States Bankruptcy Judge |
| | ) | |
| | ) | Date: February 10, 2017 at 10:45am |
| | ) | Kane County Courtroom 240 |

## NOTICE OF MOTION

To:      See Attached Service List

**PLEASE TAKE NOTICE** that on **Friday, February 10, 2017 at 10:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Janet S. Baer**, U.S. Bankruptcy Judge, in Courtroom 240, Kane County Courthouse, 100 South Third Street, Geneva, IL 60134 or before such Judge that may be sitting in her place and shall then and there present the **SECOND AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P. C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES,** a copy of which is attached and herewith served upon you.

**AT WHICH TIME AND PLACE** you may appear if you so wish.

Frank J. Kokoszka, Esq.
Chapter 7 Trustee
KOKOSZKA & JANCZUR, P.C.
ARDC No. 6201436
122 South Michigan Avenue, Suite 1070
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
fkokoszka@k-jlaw.com

## CERTIFICATE OF SERVICE

Frank J. Kokoszka certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon those listed on the attached service list through the ECF System which sent notification of such filing via electronic means or via First Class mail, as indicated, before on January 18, 2017.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

## SERVICE LIST
## <u>RUTHERFORD TRUCKING COMPANY, INC.</u>

Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197

Citi Card
Processing Center
Des Moines, IA 60363

Rutherford Trucking Company, Inc.
1N034 Purnell Street
Carol Stream, Illinois 60188

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
**(Via ECF Electronic Notice)**

<u>Counsel for Debtor</u>:
Andrew J. Draus
Law Office of Andrew J. Draus
915 South Main Street
Lombard, IL 60148
**(Via ECF Electronic Notice)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Rutherford Trucking Company, Inc.    )
    )
    )    Bankruptcy No. _____15-21321_____
    )
    Debtor.    )    Chapter _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Alan D. Lasko & Associates, P.C._____

Authorized to Provide Professional Services to: _____Frank J. Kokoszka, chapter 7 Trustee_____

Date of Order Authorizing Employment: _____August 28, 2015_____

Period for Which Compensation is Sought:
From _____June 25_____, _2016_ through _____December 22_____, _2016_

Amount of Fees Sought:  $ 1,610.80 _____

Amount of Expense Reimbursement Sought:  $ 19.00 _____

This is an:    Interim Application _____    Final Application ___✓___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 6/28/2016 | 8/28/2015-6/24/2016 | $4216.50 & 19.50 | $4216.50 & 19.50 | $4216.50 & 19.50 |

Dated: _____January 18, 2017_____    _____Frank J. Kokoszka_____
    (Counsel)

(Rev 11/19/10)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Rutherford Trucking Company, Inc.** | ) | No. 15 B 21321 |
| | ) | |
| | ) | Chapter 7 |
| **Debtor** | ) | |
| | ) | Hon. Donald R. Cassling |

## SECOND AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request second and final compensation of $1,610.80 and expenses of $19.00

for the time period from June 25, 2016 through December 22, 2016. A detail is provided herein

for the Estate, which identifies by subject matter the services performed by the Applicant.

Additional detail is provided to reflect the function and individual performing said services.

Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is

the Affidavit pursuant to Bankruptcy Rule 2016.


### INTRODUCTION


This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. §

1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**RUTHERFORD TRUCKING COMPANY, INC.**

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

**GENERAL**

The Debtor filed a petition under Chapter 7 on or about June 19, 2015.  On August 28, 2015, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's year 2016 final income tax returns.

2

RUTHERFORD TRUCKING COMPANY, INC.

## FEE APPLICATION

The fees sought by this Second and Final Fee Application reflect an aggregate of 11.8 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period.   This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.   In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.   No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

**RUTHERFORD TRUCKING COMPANY, INC.**

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

      Cost           $121.60

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 288.00 | $ 57.60 |
| C. Wilson, Staff | 1.0 | 64.00 | 64.00 |
|  | 1.2 |  | $ 121.60 |

## TAX PREPARATION

The Applicant incurred 10.6 hours in the preparation of the Estate's final year 2016 income tax returns.  An estimate of time is included for the preparation of the Estate's final information tax returns.

      Cost           $1,489.20

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.2 | $ 288.00 | $ 345.60 |
| K. Seyller, Senior | 4.5 | 160.00 | 720.00 |
| I. Prokhorova, Staff | 1.2 | 94.00 | 112.80 |
| B. Egeberg, Staff | 3.7 | 84.00 | 310.80 |
|  | 10.6 |  | $ 1,489.20 |

4

The Applicant reflects hourly rates and hours worked by each person by function.  The recap also reflects the cost of each function performed.  In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $283 | - | $288 |
| Manager/Director | 240 | - | 287 |
| Supervisors | 160 | - | 240 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | Amount |
|---|---|
| Billing | $   121.60 |
| Tax Preparation | 1,489.20 |
| Net Request | $  1,610.80 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $   121.60 | $   101.33 |
| Tax Preparation | 10.6 | 1,489.20 | $   140.49 |
| | 11.8 | $  1,610.80 | $   136.51 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.   It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.   Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | | |
|---|---|---|
| Delivery | $ | 10.00 |
| Copy Costs | | 9.00 |
| | $ | 19.00 |

The Applicant has received its first interim compensation of $4,216.50 and expenses of $19.50.

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.   Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.   ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the

Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and

reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should
> consider the nature, the extent, and the value of such services, taking into account all
> relevant factors, including.
>
> (A)  the time spent on such services;
>
> (B)  the rates charged for such services;
>
> (C)  whether the services were necessary to the administration of, or beneficial
> at the time the service was rendered toward the completion of, a case
> under this title;
>
> (D)  whether the services were performed within a reasonable amount of time
> commensurate with the complexity, importance, and nature of the
> problem, issue or task addressed; and
>
> (E)  whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases other
> than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks

compensation in this Second and Final Fee Application were necessary for and beneficial to the

Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of

the Debtor's Estate.   ADLPC further submits that the compensation requested herein is

reasonable in light of the nature, extent, and value of such services provided to the Trustee and

the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.   As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.   In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.   Accordingly, approval of the second and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.   Therefore, the requested second and final compensation of $1,610.80 and expenses of $19.00 should be allowed for services by your Applicant for the period June 25, 2016 through December 22, 2016.

Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Rutherford Trucking Company, Inc.** | ) | No. 15 B 21321 |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Donald R. Cassling** |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
         )     **SS.**
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Frank J. Kokoszka, Chapter 7 Trustee in this case ("Trustee").

2. I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4. The Applicant has received its first interim compensation of $4,216.50 and expenses of $19.50.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _22nd_ day of December, 2016.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-21321 |
| Rutherford Trucking Company, Inc. | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Donald R. Cassling |
| | ) | DuPage |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Accountants

This matter coming before the Court on the Application of Frank J. Kokoszka, chapter 7 trustee, to employ Alan D. Lasko & Associates, P.C. as accountants for the Trustee, due and proper notice having been given to all parties entitled thereto and the Court being otherwise duly advised in the premises;

IT IS HERBY ORDERED THAT:

Frank J. Kokoszka, trustee herein, is hereby authorized to employ Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. , to perform all accounting services necessary or required in the administration of the chapter 7 estate.

It is further ordered that compensation for services rendered by Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. and for reimbursement of expenses incurred is subject to further approval and determination by this Court.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 28, 2015

**Prepared by:**

Frank J. Kokoszka (#6201436)
Kokoszka & Janczur, P.C.
122 South Michigan Ave., Suite 1070
Chicago, Illinois 60603

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.

## Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 30 years.  He brings his 40 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

## Karen Seyller, JD – Senior

Ms. Seyller has worked on various insolvency and litigation matters for two years.  She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work.  Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years.  Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a

Bachelor's Degree in Accounting from Saint Xavier University.  She has completed her work at John Marshall Law School.


Inga Prokhorova – Staff

Ms. Prokhorova is a part-time accountant performing accounting and tax services. Ms. Prokhorova has her Bachelor's Degree in Accounting from the University of South Florida and a Bachelor's of Business Administration from the Russian State Trade-Economic University in Samara Russia.  Ms. Prokhorova has also passed her examinations to be an Enrolled Agent before the Internal Revenue Service.  Ms. Prokhorova has also worked as a volunteer tax preparer for the IRS VITA program in Florida.


Bradley Egeberg – Staff

Mr. Egeberg is an intern staff accountant performing accounting and tax services.  Mr. Egeberg has recently completed his Bachelor's Degree in Accounting from DePaul University. Mr. Egeberg is working towards his Master's Degree in Accounting also from DePaul University.

**EXHIBIT C**

**STAFF LEVELS**

RUTHERFORD TRUCKING COMPANY, INC.

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

12/22/2016
2 54 PM

Pre-bill Worksheet

Page    1

---

## Selection Criteria

| Clie Selection | Include Rutherford Truck 002, Rutherford Truck 012 |
|---|---|

Nickname       Rutherford Truck 002 | 4828
Full Name      Rutherford Trucking Company, Inc
Address        c/o Frank J Kokoszka, Trustee
               122 S Michigan Avenue
               Suite 1070
               Chicago IL 60603-6270
Phone                          Fax
Home                           Other
In Ref To      tax preparation
Fees Arrg      By billing value on each slip
Expense Arrg   By billing value on each slip
Tax Profile    Exempt
Last bill      6/24/2016
Last charge    12/22/2016
Last payment   7/26/2016          Amount     $4,114 40

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/12/2016<br>150148 | A Lasko<br>800 | 288 00 | 0 20 | 57 60 | Billable |
| | set up staff for final tax preparation of S Corl | | | | |
| 12/14/2016<br>150178 | B Egeberg<br>800 | 84 00 | 3 70 | 310 80 | Billable |
| | Prepared 2016 final tax return and work papers | | | | |
| 12/14/2016<br>150206 | K Seyller<br>800 | 160 00 | 0 70 | 112 00 | Billable |
| | Reviewed work papers for 2016 manually prepared federal and state tax returns | | | | |
| 12/14/2016<br>150207 | K Seyller<br>800 | 160 00 | 0 20 | 32 00 | Billable |
| | Met with staff to review preparation of 2016 final tax returns | | | | |
| 12/14/2016<br>150208 | K Seyller<br>800 | 160 00 | 0 30 | 48 00 | Billable |
| | Reviewed with staff corrections to work papers for 2016 final tax returns | | | | |
| 12/14/2016<br>150209 | K Seyller<br>800 | 160 00 | 1 30 | 208 00 | Billable |

12/22/2016
2 54 PM

Pre-bill Worksheet

Page    2

Rutherford Truck 002 Rutherford Trucking Company, Inc  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | Prepared updates to 2016 tax returns based on work papers before manual prep of final 2016 federal and state tax returns | | | | |
| 12/20/2016 150284 | K  Seyller 800 | 160 00 | 1 70 | 272 00 | Billable |
| | Reviewed work papers and 2016 manually prepared federal and state tax returns | | | | |
| 12/22/2016 150293 | A  Lasko 800 | 288 00 | 0 70 | 201 60 | Billable |
| | tax review of work papers and returns - final | | | | |
| 12/22/2016 150294 | A  Lasko 800 | 288 00 | 0 30 | 86 40 | Billable |
| | sign off of federal and state tax returns for final returns | | | | |
| 12/22/2016 150308 | I  Prokhorova 800 | 94 00 | 1 20 | 112 80 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trustee | | | | |
| 12/22/2016 150309 | K  Seyller 800 | 160 00 | 0 30 | 48 00 | Billable |
| | Estimated time to review estate's information tax returns and cover letter to trustee - final | | | | |

| TOTAL | Billable Fees | | 10 60 | | $1,489 20 |
|---|---|---|---|---|---|

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/22/2016 150296 | C  Wilson 115 | 9 00 | 1 000 | 9 00 | Billable |
| | Photocopy costs for 2016 Forms 1120S income tax returns - 90 pages @ $ 10 per page | | | | |
| 12/22/2016 150297 | C  Wilson 116 | 10 00 | 1 000 | 10 00 | Billable |
| | Delivery of 2016 Forms 1120S income tax returns to Frank Kokoszka - confirmation #102642 | | | | |

Pre-bill Worksheet

Rutherford Truck 002 Rutherford Trucking Company, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| TOTAL    Billable Costs |  | $19 00 |

## Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips
By billing value on each slip |  |  |
| Total of billable time slips
Total of Fees (Time Charges) | $1,489 20 | $1,489 20 |
| Costs Bill Arrangement  Slips
By billing value on each slip |  |  |
| Total of billable expense slips
Total of Costs (Expense Charges) | $19 00 | $19 00 |
| Total new charges |  | $1,508 20 |
| Previous Balance
120 Days
Total Previous Balance | $4,128 40 | $4,128 40 |

Accounts Receivables

| Date|ID | Type | Description |  |  |
|---|---|---|---|---|
| 6/24/2016
18720 | CRED | Credit | ($14 00) |  |
| 7/26/2016
18776 | PAY | Payment - Thank You | ($4,114 40) |  |
| Total Accounts Receivable |  |  |  | ($4,128 40) |

| New Balance
Current | $1,508 20 |  |
|---|---|---|
| Total New Balance |  | $1,508 20 |

**EXHIBIT D-2**

**BILLING TIME**

12/22/2016
2 54 PM                                    Pre-bill Worksheet                              Page      4

Nickname          Rutherford Truck 012 | 4829
Full Name         Rutherford Trucking Company, Inc
Address           c/o Frank J Kokoszka, Trustee
                  122 S Michigan Avenue
                  Suite 1070
                  Chicago IL 60603-6270
Phone                             Fax
Home                              Other
In Ref To         fee petition
Fees Arrg         By billing value on each slip
Expense Arrg      By billing value on each slip
Tax Profile       Exempt
Last bill         6/24/2016
Last charge       12/22/2016
Last payment      7/26/2016          Amount      $121 60

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 12/22/2016 150317 | C Wilson 800 | 64 00 | 1 00 | 64 00 | Billable |
| | Prepared fee petition | | | | |
| 12/22/2016 150322 | A Lasko 800 | 288 00 | 0 20 | 57 60 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1 20 | | $121 60 |

Total of billable expense slips                                                          $0 00

---

## Calculation of Fees and Costs

|  | Amount | Total |
|--|--------|-------|
| Fees Bill Arrangement. Slips By billing value on each slip | | |
| Total of billable time slips | $121 60 | |
| Total of Fees (Time Charges) | | $121 60 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $121 60 |

12/22/2016
2 54 PM

Pre-bill Worksheet

Page    5

Rutherford Truck 012 Rutherford Trucking Company, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| Previous Balance |  |  |
| 120 Days | $121 60 |  |
| Total Previous Balance |  | $121 60 |

Accounts Receivables

| Date\|ID | Type | Description | Amount | Total |
|---|---|---|---|---|
| 7/26/2016 18775 | PAY | Payment - Thank You | ($121 60) |  |
| Total Accounts Receivable |  |  |  | ($121 60) |

| New Balance |  |  |
|---|---|---|
| Current | $121 60 |  |
| Total New Balance |  | $121 60 |