# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **Rutherford Trucking Company,** | ) | |
| **Inc.** | ) | Case No. 15-21321 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: May 26, 2017 |
| | ) | Time: 11:00 a.m. |

## CERTIFICATE OF SERVICE

To:   See Attached Service List

    I, Frank J. Kokoszka, hereby certify that on Thursday, April 27, 2017, I served a true and correct copy of the **Notice of Trustee's Final Report And Application For Compensation And Deadline to Object (NFR) and Fee Application** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on April 27, 2017.

Dated: April 27, 2017                        Respectfully submitted,

                                            By: /s/ *Frank J. Kokoszka*
                                                Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-1419
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

## SERVICE LIST
## **RUTHERFORD TRUCKING COMPANY, INC.**

Rutherford Trucking Company, Inc.
c/o Mr. Michael Pawlak
1442 Stonebridge Circle
Apartment 12
Wheaton, Illinois 60189

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
**(Via ECF Electronic Notice)**

Counsel for Debtor:
Andrew J. Draus
Law Office of Andrew J. Draus
915 South Main Street
Lombard, IL 60148
**(Via ECF Electronic Notice)**