# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Rutherford Trucking Company, Inc. | § | Case No. 15-21321 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  0.00 | Claims Discharged Without Payment:   106,093.82 |
| Total Expenses of Administration:  7,890.91 | |

3) Total gross receipts of $ 23,504.53  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,613.62  (see **Exhibit 2**), yielded net receipts of $ 7,890.91  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,890.91 | 7,890.91 | 7,890.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,093.82 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 106,093.82 | $ 7,890.91 | $ 7,890.91 | $ 7,890.91 |

4)  This case was originally filed under chapter 7 on  06/19/2015 .  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/14/2017 By:/s/Frank J. Kokoszka, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Chevy Silverado | 1129-000 | 3,000.00 |
| Tcf Bank | 1129-000 | 20,504.53 |
| **TOTAL GROSS RECEIPTS** | | **$ 23,504.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael William Pawlak | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-052 | 15,613.62 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,613.62** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,539.09 | 1,539.09 | 1,539.09 |
| Frank J. Kokoszka | 2200-000 | NA | 49.44 | 49.44 | 49.44 |
| Bank of Kansas City | 2600-000 | NA | 436.58 | 436.58 | 436.58 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 5,827.30 | 5,827.30 | 5,827.30 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 38.50 | 38.50 | 38.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,890.91 | $ 7,890.91 | $ 7,890.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank P.O. Box 6492 Carol Stream, IL 60197-6492 | | 48,952.00 | NA | NA | 0.00 |
| | Citi Card Processing Center Des Moines, IA 50363-0005 | | 57,141.82 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 106,093.82 | $ 0.00 | $ 0.00 | $ 0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-21321 | JSB |
| Case Name: | Rutherford Trucking Company, Inc. | |
| | | |
| For Period Ending: | 07/14/2017 | |

| | |
|---|---|
| Judge: | Janet S. Baer |

| | |
|---|---|
| Trustee Name: | Frank J. Kokoszka, Trustee |
| Date Filed (f) or Converted (c): | 06/19/2015 (f) |
| 341(a) Meeting Date: | 07/21/2015 |
| Claims Bar Date: | 10/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Tcf Bank | 20,434.82 | 20,434.82 | | 20,504.53 | FA |
| 2.  2002 Chevy Silverado | 2,000.00 | 2,000.00 | | 3,000.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $22,434.82 | $22,434.82 | $23,504.53 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Funds received from Debtor's bank account

Preparing Motion to Sell Property to Principals of Debtor. Hearing set for September 25, 2015. Motion Granted

Assets fully administered.

Government Bar Date is 12/16/2015

Bar Date has expired with no claims having been filed. Trustee is reviewing debtor's schedule for valid claims and investigating other options to notify creditors that funds are available for distribution.

Initial Projected Date of Final Report (TFR): 01/31/2016          Current Projected Date of Final Report (TFR): 04/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-21321

Case Name: Rutherford Trucking Company, Inc.

Taxpayer ID No: XX-XXX6940

For Period Ending: 07/14/2017

Trustee Name: Frank J. Kokoszka, Trustee

Bank Name: BOK Financial

Account Number/CD#: XXXXXX0047

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/20/15 | 1 | TCF National Bank 800 Burr Ridge Parkway Burr Ridge, Illinois 60527-6486 | Liquidation of Bank Account | 1129-000 | $20,504.53 | | $20,504.53 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $20,494.53 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $30.46 | $20,464.07 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $29.43 | $20,434.64 |
| 10/05/15 | 2 | Patricia and Michael Pawlak 1 N 034 Purnell Street Wheaton, IL 60188 | Sale of Equipment and Inventory Debtor's principals purchased a 2002 Chevy Silverado truck owned by the debtor. | 1129-000 | $3,000.00 | | $23,434.64 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.80 | $23,400.84 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.65 | $23,367.19 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $34.73 | $23,332.46 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $34.58 | $23,297.88 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $32.30 | $23,265.58 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $34.48 | $23,231.10 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $33.32 | $23,197.78 |

Page Subtotals:                    $23,504.53        $306.75

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-21321
Case Name: Rutherford Trucking Company, Inc.

Taxpayer ID No: XX-XXX6940
For Period Ending: 07/14/2017

Trustee Name: Frank J. Kokoszka, Trustee
Bank Name: BOK Financial
Account Number/CD#: XXXXXX0047
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.38 | $23,163.40 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.22 | $23,130.18 |
| 07/26/16 | 101 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Interim Compensation to Accountants Pursuant to Court Order dated June 22, 2016, granting Accountants Interim Payment of $4216.50 for compensation and $19.50 for expenses | | | $4,236.00 | $18,894.18 |
| | | Alan D. Lasko & Associates, P.C. | Interim Compensation to Accountants $0.00 | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Interim Fees to Accountants $0.00 | 3420-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Interim Compensation to Accountants ($4,216.50) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Interim Fees to Accountants ($19.50) | 3420-000 | | | |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.28 | $18,859.90 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.95 | $18,831.95 |
| 02/13/17 | 102 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final Payment to Accountant | | | $1,629.80 | $17,202.15 |
| | | Alan D. Lasko & Associates, P.C. | Payment of Final Fees to Accountant ($1,610.80) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Payment of Final Expenses to Accountant ($19.00) | 3420-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page Subtotals:                                $0.00        $5,995.63

Case 15-21321    Doc 28    Filed 07/21/17    Entered 07/21/17 14:24:43    Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document    Page 9 of 10

Case No: 15-21321

Case Name: Rutherford Trucking Company, Inc.

Taxpayer ID No: XX-XXX6940

For Period Ending: 07/14/2017

Trustee Name: Frank J. Kokoszka, Trustee

Bank Name: BOK Financial

Account Number/CD#: XXXXXX0047

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/17 | 104 | Rutherford Trucking Company, Inc. 1 N 034 PURNELL STREET CAROL STREAM, IL  60188 | Distribution of surplus funds to debtor. Reversal Check not printed- Disbursement of surplus should be made payable to the 100% shareholder of Rutherford Trucking, Inc. | 8200-000 | | ($15,613.62) | $32,815.77 |
| 06/06/17 | 105 | Michael Pawlak 1442 Stonebridge Circle Apartment 12 Wheaton, Illinois 60189 | Surplus to Debtor Reversal Wrong amount on check | 8200-050 | | ($15,613.26) | $48,429.03 |
| 06/06/17 | 103 | Frank J. Kokoszka | Distribution | | | $1,588.53 | $46,840.50 |
| | | Frank J. Kokoszka | Final distribution representing a    ($1,539.09) payment of 100.00 % per court order. | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a    ($49.44) payment of 100.00 % per court order. | 2200-000 | | | |
| 06/06/17 | 104 | Rutherford Trucking Company, Inc. 1 N 034 PURNELL STREET CAROL STREAM, IL  60188 | Distribution of surplus funds to debtor. | 8200-000 | | $15,613.62 | $31,226.88 |
| 06/06/17 | 105 | Michael Pawlak 1442 Stonebridge Circle Apartment 12 Wheaton, Illinois 60189 | Surplus to Debtor Surplus paid to the 100% owner of Debtor, Rutherford Trucking, Inc. | 8200-050 | | $15,613.26 | $15,613.62 |
| 06/06/17 | 106 | Michael William Pawlak 1442 Stonebridge Circle Apartment 12 Wheaton, Il. 60189 | Surplus to Debtor Surplus paid to the 100% shareholder of the Debtor, Rutherford Trucking, Inc. | 8200-052 | | $15,613.62 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $23,504.53 | $23,504.53 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $23,504.53 | $23,504.53 |
| Less: Payments to Debtors | $0.00 | $15,613.62 |
| Net | $23,504.53 | $7,890.91 |

Page Subtotals:          $0.00          $17,202.15

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0047 - Checking | $23,504.53 | $7,890.91 | $0.00 |
| | $23,504.53 | $7,890.91 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,504.53 |
| Total Gross Receipts: | $23,504.53 |